UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JP MORGAN CHASE BANK, N.A.,
an acquirer of certain
assets and liabilities of
Washington Mutual Bank from
the FDIC acting as receiver,

    Plaintiff,

  v.                             NO. CIV. S-11-3013 LKK/KJN

RESOURCE REAL ESTATE
SERVICES, LLC, a Maryland
limited liability company;
RESOURCE TITLE, LLC, a
Maryland limited liability
company,

    Defendants.
                                    /

**<u>ORDER OF RECUSAL AND REASSIGNMENT</u>**

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned.

IT IS HEREBY ORDERED that:

1.  The undersigned recuses himself as the judge to whom this

1

case is assigned;

2. All currently scheduled dates in the above-captioned action are **VACATED**;

3. The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment; and

4. This case is REASSIGNED to the Honorable Garland E. Burrell, Jr.

IT IS SO ORDERED.

DATED: November 15, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT